IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                            CASE NO. 4:18-CR-00466-BSM

NICHOLAS D. ROBINSON, SR.                                                        DEFENDANT

## ORDER

Nicholas D. Robinson, Sr.'s *pro se* motion to seal his felony conviction [Doc. No. 897] is denied because the Arkansas Comprehensive Criminal Record Sealing Act of 2013, Ark. Code. Ann. § 16-90-1401 *et seq.*, does not apply to federal felony convictions and I do not have the authority to seal his record. *See United States v. Meyer*, 439 F.3d 855, 859–63 (8th Cir. 2006).

IT IS SO ORDERED this 16th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE